UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 12-03-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HOWARD HARLOW BACK, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Howard Back moved to vacate his sentence pursuant to 28 U.S.C. § 2255. R. 337. As grounds, Back made four arguments: (1) He received ineffective assistance of counsel when his attorney failed to properly move for a judgment of acquittal. (2) He was sentenced without counsel, which violated the Sixth Amendment and the right to due process. (3) The Court and Back's trial counsel failed to investigate Back's competence. (4) He received ineffective assistance of counsel regarding the suppression of items officials seized from a safety deposit box. R. 337 at 2.

Magistrate Judge Robert E. Wier filed a thoughtful Recommended Disposition ("R&R") that the Court deny Back's motion. R. 349. Judge Wier also recommended that the Court grant a certificate of appealability as to Back's second argument (sentencing without counsel), and deny a certificate for the other three arguments. *Id.* Back originally had fourteen days to object to the R&R. *See* Fed. R. Crim. P. 59(b)(2). The Court, however, granted Back an extension until July 28, 2016. R. 354. That date has now passed, and Back

has not filed any objections. Accordingly, it is **ORDERED** that the R&R, R. 349, is **ADOPTED** as the opinion of the Court. The Court will issue a separate judgment.

This the 8th day of August, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge

2